based on her needs infringes on the customer's constitutional right to exercise her free will; and (2) requiring a customer to disclose her financial situation to her securities dealer violates her constitutional right to privacy. Erdos lacks standing for the constitutional arguments he makes. *See Warth v. Seldin*, 422 U.S. 490, 498–99, 95 S.Ct. 2197, 2204–05, 45 L.Ed.2d 343 (1975); *McMichael v. County of Napa*, 709 F.2d 1268, 1270 (9th Cir.1983) (standing requires that a plaintiff assert his own rights, not those of a third party).

Accordingly, the S.E.C.'s order is

AFFIRMED.[1]

## ORDER

Appeal from the United States District Court for the Northern District of California.

Before: KENNEDY and BOOCHEVER, Circuit Judges, and EAST,[*] District Judge.

The petition for rehearing is granted. The court's order of July 5, 1984, 736 F.2d 1341, is withdrawn. The opinion filed December 15, 1983 is withdrawn. The district court's opinion, *Burroughs v. Marr*, 559 F.Supp. 141 (N.D.Cal.1982), is vacated, and this case is remanded to the district court with instructions to dismiss the action as moot.

**Benjamin R. BURROUGHS, on Behalf of OPERATING ENGINEERS LOCAL UNION NO. 3, Plaintiff-Appellant,**

v.

**Dale MARR, Harold Huston, James R. Ivy, Harold K. Lewis, Donald R. Strate, and Dennis Wright, Defendants-Appellees.**

**No. 82–4650.**

United States Court of Appeals, Ninth Circuit.

Sept. 6, 1984.

Michael Friedman, Siegel, Friedman & Dickstein, Oakland, Cal., for plaintiff-appellant.

John J. Davis, McCarthy, Johnson & Miller, Kimball S. Atwood, Cooley, Godward, Castro, Huddleson, San Francisco, Cal., for defendants-appellees.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Olive BELL, Defendant-Appellant.**

**No. 83–1161.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 13, 1984.

Decided Sept. 7, 1984.

---

1. We deny Erdos' Motion To Amend Docketing Statement because his additional claim for $1.5 million damages against the S.E.C. may not be considered by us in the first instance. We also, deny his Motion to Strike Erroneous Quotation from S.E.C. Brief as not properly brought before us. In any event, a change in the portion of the transcript quoted in the motion would not alter our ruling.

\* Honorable William G. East, Senior United States District Judge for the District of Oregon, sitting by designation.